# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

132459

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                    SC: 132459
                                    COA: 269801
                                    Wayne CC: 88-07159-01

CHARLES LOTT,
          Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 26, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007                              *Corbin R. Davis*

p0220                                               Clerk